AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kingsley Samuel Richard Wilson | ) | Case No. |
| | ) | 5:23-mj-1182-PRL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 2022 - July 2023_____ in the county of _____Lake/Orange_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(a)(1)(A) | Dealing in firearms without a license |
| 18 U.S.C. Sec. 924(a)(1)(A) | Causing a FFL to maintain false information in their official records |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Thomas Harrison, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8/4/23

_____
*Judge's signature*

City and state:  _____Ocala, Florida_____

Philip R. Lammens, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                    **CASE NO. 5:23-mj-1182-PRL**

**COUNTY OF MARION**

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas Harrison, employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, have been duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent ("SA") with the United States Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), currently assigned to the Orlando Field Office.  I have been employed as a SA with ATF since January, 2020. As a Special Agent for the ATF, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I also have received specialized training regarding the determination of where firearms and ammunition are manufactured (commonly referred to as interstate nexus training). Prior to my employment with the ATF, I attended the Massachusetts Municipal Police Training Councils Basic Reserve Police Academy and I worked as a sworn law enforcement officer in the Commonwealth of Massachusetts for approximately 4 years. I attended the Florida Criminal

Justice Standards and Training Commission Basic Law Enforcement Academy and I was employed with the Gainesville Florida Police Department for approximately 11 years as a sworn law enforcement officer.

2.      I have received training concerning violations of the Gun Control Act within Title 18 of the United Stated Code and violations of the National Firearms Act within Title 26 of the United States Code.  In addition, I have received training regarding the following topics, although this list is not exhaustive: surveillance; interviewing; writing of warrants; handling of evidence; arrest procedures; search procedures and testifying in court.

3.      Since graduating from the Academy, I have been assigned to the ATF Tampa Field Division-Orlando Group III Field Office, tasked with investigating gun trafficking, narcotics trafficking, organized crime, street gangs, and other types of violent crime.

4.      This affidavit is made in support of an application for a criminal complaint charging the defendant, KINGSLEY SAMUEL RICHARD WILSON (WILSON) with unlicensed dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A), and causing a federal firearm licensee (FFL) to maintain false information in its official records, in violation of 18 U.S.C. § 924(a)(1)(A).

5.      Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, this affidavit does not contain all the

information known regarding this investigation, but rather those facts necessary to establish the requisite probable cause.

## FEDERAL FIREARMS LICENSING AND REQUIREMENTS

6. An FFL is a person or business who has a license required by Title 18, United States Code, Section 923, which enables them to engage in the business of manufacturing, importing or dealing in firearms. In order to obtain such a license, an individual or company must complete an application and pay a fee to the Office of the Attorney General. Upon approval, an FFL is then required to complete and maintain records concerning the receipt, sale, and transfer of firearms, which are subject to inspection and examination by the government. Another requirement of an FFL involves recording and notifying ATF of the sale of multiple firearms to a single individual.

7. In the Middle District of Florida and elsewhere, an FFL must require its customers to complete an ATF Form 4473 (Form 4473)—firearms transaction record—whenever a firearm is sold or transferred to an individual. This form must be maintained in the FFL's official records. This Form 4473 is designed to identify the serial number and type of firearm sold, the seller, the person purchasing the firearm, the accurate current address of the purchaser, and whether or not the purchaser is eligible to possess or buy a firearm. Eligibility to purchase a firearm is determined by the person's answers to a series

3

of questions, which in essence cover a list of disqualifying factors under federal law. These include, for example, whether the person is a convicted felon, whether the person has a history of drug abuse or mental incapacity, and whether the person has legal status to be in the United States. Furthermore, prior to the completion of the Form 4473, the purchaser must read and sign, attesting to the following:

> **I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominately earn a profit without a Federal firearms license is a violation of Federal law.**

8.     Once the Form 4473 is completed and signed by the purchaser attesting to the accuracy of his/her responses, the FFL is then obliged under federal and state law to conduct a criminal background check and obtain approval of the sale.  There is typically an associated minimum fee charged to the FFL for this service. FFLs are also legally required to notify ATF through the filing of a "multiple purchase form" if any individual purchases two or more handguns from an FFL during any five-day period. Further, because an FFL is engaged in the business of selling firearms for a profit, they are obliged to charge sales tax and report their annual earnings to the Internal Revenue Service as may be required by law.

9.     Title 18, United States Code, Section 922(a)(1)(A), provides in pertinent part:

> **It shall be unlawful for any person, except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce.**

10.    The term "dealer" is defined by Title 18, United States Code, Section 921(a)(11) as:

> **any person engaged in the business of selling firearms at wholesale or retail, any person engaged in the business of repairing firearms or of making or fitting special barrels, stocks, or trigger**

**mechanisms to firearms, or any person who is a
pawnbroker.**

11.     As applied to a dealer in firearms, the term "engaged in the

business" under Title 18, United States Code, Section 922(a)(1)(A), is defined

by 18 U.S.C. § 921(a)(21)(C) as:

> **a person who devotes time, attention, and labor to
> dealing in firearms as a regular course of trade or
> business to predominantly earn a profit through
> the repetitive purchase and resale of firearms, but
> such term shall not include a person who makes
> occasional sales, exchanges, or purchases of
> firearms for the enhancement of a personal
> collection or for a hobby, or who sells all or part
> of his personal collection of firearms.**

12.     In considering whether a person is engaged in the business of

selling firearms, the term "to predominantly earn a profit" is defined by 18

U.S.C. § 921(a)(22) as:

> **the intent underlying the sale or disposition of
> firearms is predominantly one of obtaining
> pecuniary gain, as opposed to other intents, such
> as improving or liquidating a personal firearms
> collection:** *Provided*, **That proof of profit shall not
> be required as to a person who engages in the
> regular and repetitive purchase and disposition of
> firearms for criminal purposes or terrorism.**

13.     Title 18, United States Code, Section 922(a)(1)(A) provides that

anyone who "willfully" deals in firearms without a license shall be fined and/or

imprisoned for up to five years.  Accordingly, the government must prove that

6

the person dealing in firearms without a license knew that his/her conduct was unlawful, but the government doesn't have to prove that the defendant actually knew about the federal licensing requirement. 11th Circuit Pattern Jury Instructions, Offense Instruction 34.1 (Dealing in Firearms without a License) (2010), see also *Bryan v. United States*, 524 U.S. 184, 118 S. Ct. 1939, 141 L. Ed. 2d 197 (1998).

## BACKGROUND OF INVESTIGATION AND FACTS ESTABLISHING PROBABLE CAUSE

14.     On January 13, 2023, I reviewed information related to the recovery of three firearms within the Bahamas on three separate dates. All the firearms had been purchased by WILSON.

15.     All of the recovered firearms were associated with criminal activity in the Bahamas, including homicides. Through an ATF eTrace query[1]

---

[1] An ATF eTrace query is search function that utilizes a system (eTrace) that provides information about firearms recovered by law enforcement, multiple sales of firearms, firearms stolen from FFLs, and various other reports and information. When a firearm is recovered, agencies that have access to eTrace can request a trace of that respective firearm from the ATF National Tracing Center Division (NTCD). NTCD will utilize the make, model, caliber and serial number to trace the firearm from its original manufacturer, to the final FFL where it was sold. The eTrace query results will provide the firearm information (make, model, caliber and serial number); name and address of the FFL who transferred the firearm; the date of transfer of the firearm; the name, date of birth and address (most often a drivers license number and/or concealed weapons permit number) of the person who purchased it and if recovered; the date, location and person (if known) recovered from and the number of days from purchase/transfer to the date of recovery by law enforcement (this term is referred to as "time-to-crime").

completed on all of the recovered firearms, a Taurus, Model GX3XL, 9mm handgun bearing serial number ADA895515 was purchased by WILSON on April 16, 2022. It was recovered at a "weapon possession" scene (Investigation #1-22-082334) in Nassau, Bahamas on July 2, 2022, 77 days after WILSON's purchase. A Taurus, Model G2C, .40 caliber handgun with serial number ADC078934 was purchased by WILSON on July 16, 2022. It was recovered at a homicide scene in the Bahamas (Investigation #1-22-114380) on September 17, 2022, 63 days after WILSON's purchase. A Glock, Model: 19, 9mm handgun with serial number BBEN868 was purchased by WILSON on July 23, 2022. It was  recovered at a "felon in possession" scene in Nassau, Bahamas (Investigation # 1-22-101850) on August 18, 2022, 26 days after WILSON's purchase.

16.     It was determined via eTrace, that as of January 13, 2023, WILSON has a total of three firearm trace reports and sixteen multiple sales reports associated with his name. The eTrace inquiry generates a formal ATF Trace Request report. The ATF Trace Request report is a report generated from the recovery of a firearm that; has been recovered from a crime scene, has been identified as stolen or has otherwise been deemed the subject of a criminal investigation. The trace report includes information on the requestor of the trace, the original purchaser information (including name, DOB, address and

ID information), date of purchase, the FFL information where the firearm was purchased, the firearm make, model, caliber, and serial number (when/if applicable) and the recovery information to include; date, location, possessor (when/if applicable).

17.    The ATF Multiple Sales Report is a report mandated to be completed by the FFL conducting the sale and is generated when an individual purchases more than one firearm over the course of five business days from the same FFL. The report includes the FFL information where the firearms were purchased, the firearm make, model, caliber and serial number and the purchase date, and the purchaser information (including name, DOB, address and ID information).  As of January 13, 2023, the multiple sales reports indicate that WILSON has purchased a total of forty-nine (49) firearms in multiple-sale transactions since January 14, 2022.

18.    WILSON's Florida Driver and Vehicle Information Database (DAVID) information lists his address in Kissimmee, FL. This is the same address WILSON used on numerous ATF Form 4473s.

19.    Between December 29, 2023, and January 10, 2023, I travelled to the FFLs from whom WILSON had purchased firearms that had been reported on trace summaries or multiple sales reports. All of these FFLs were located within the Middle District of Florida. While at these FFLs, I requested copies

of the form 4473s and paperwork for all firearms purchased by WILSON since January 2022. All of these forms were collected and reviewed at a later date.

20.     On January 10, 2023, for example, LCSO Detective Drew Rhodes and I travelled to 4 Corners Pawn and Gun (9726 US Hwy 192 E, Clermont, Lake County, FL) to obtain the firearms transfer forms (ATF Form 4473) corresponding to WILSON's firearm purchases. While speaking to the store owner, WILSON entered the store. The store owner alerted me of WILSON's presence. During the time that WILSON was inside the store, I personally observed him walk toward a glass display case containing several handguns. WILSON had a cellular phone in his hand and appeared to be texting or otherwise communicating with someone during the time he was looking at the handguns. WILSON had a brief conversation with one of the store clerks and asked to physically handle a few of the handguns. WILSON also asked the store clerk if they had a Glock, Model 26 or 27, handgun. When the clerk told WILSON they did not currently have one in stock, WILSON said he would go to another FFL. WILSON was only in the store for approximately 10 minutes. Detective Rhodes noted that WILSON entered a work truck bearing the name of a particular wiring company. This is the same business name reflected on WILSON's earnings and wage records with the State of Florida. Photographs from the store's surveillance camera are included below.



*WILSON can be seen physically holding and inspecting one of the firearms.*



*Moments after looking at and handling three firearms, WILSON can be seen using his cellular phone.*

21.    On January 19, 2023, I reviewed all the multiple sales forms, the trace reports, the firearm transfer forms (4473s) and some receipts of sale

provided reflecting WILSON's firearm purchases. Based upon this collection of information, I was able to document a total of seventy-three firearms that WILSON has purchased since January of 2022.[2] Of the firearms WILSON has purchased, eight of the firearms are the same make, model, and caliber (HS Produkt, Model: Hellcat, 9mm handgun). Furthermore, there are several other instances of WILSON purchasing the same make, model, and caliber handgun. A few specific firearms purchases made by WILSON are detailed in the paragraphs below.

22.     On January 10, 2022, WILSON purchased two Taurus, Model: G2C, 9mm handguns from Addison's Gun Shop in Kissimmee, FL. WILSON completed the 4473 and marked "Yes" for question 21a :

> Are you the actual transferee/buyer of the firearm(s) listed on the form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b.

---

[2] This number of firearms was based not only on multiple sales reports, but also from the ATF transfer forms (4473's) collected from the known FFLs that WILSON made purchases from. Multiple sales reports will only show 2 or more firearms that have been purchased within 5 business days from the same FFL (see footnote 1 for additional clarification). Single firearms purchased from separate FFLs will not appear on a multiple sales report and therefore, combining multiple sales report data along with individual Form 4473s will provide a more accurate count of purchased firearms.

WILSON also provided his signature attesting to the following emboldened

paragraph at the end of section 21.[3]

> **I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that answers "yes" to any of the questions in 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.1.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.1.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.**

---

[3] Each Form 4473 form that WILSON has completed from January 10, 2022, to the present, indicates "Yes" for question 21.a. and WILSON provides a signature attesting to the above paragraph.



*A 4473 form completed by WILSON on January 10, 2022, for the purchase of two Taurus, Model: G2C, 9mm handguns from Addison's Gun Shop. \*Highlighted portion is question 21.a. (left side) and the final paragraph attesting to truthfulness.*

23.    On February 1, 2022, WILSON purchased a Taurus, Model: G3C, 9mm handgun and a Glock, Model: 23, .40 caliber handgun from Pawn Bros in Orlando, FL.

14



*A 4473 form completed by WILSON on February 1, 2022 for the purchase of a Taurus, Model: G3C, 9mm handgun and a Glock, Model: 23, .40 caliber handgun from Pawn Bros.*

24.     On February 4, 2022, WILSON purchased a SCCY, Model: CPX-2, 9mm handgun and a Glock, Model: 22, 40 caliber handgun from Pawn Bros in Orlando, FL. On March 24, 2023, The Royal Bahamas Police Department recovered the same SCCY, Model: CPX-2, 9mm handgun, bearing serial number:C265938 within Nassau, Bahamas.

15



*A 4473 form completed by WILSON on February 4, 2022 for the purchase of a SCCY, Model: CPX-2, 9mm handgun and a Glock, Model: 22, .40 caliber handgun from Pawn Bros.*

25.     Based on either sales receipts or the customer profile (including firearm sale price and fair market value), WILSON has spent approximately $28,000 on his firearm purchases since January 2022. A previously requested earnings and wage report for WILSON indicates that WILSON has reported earnings totaling $26,738.82 (showing only reported earning from second and third quarters of 2022).

26.     Based upon my training and experience, persons who either purchase firearms on behalf of another (straw purchase), or who deal firearms without a license, generally are either provided money from the actual buyer to

16

purchase firearms (straw purchase) or use the profits generated from repeated sales of firearms to continue to purchase more (dealing without a license). The fact that WILSON's total annual earned wages are less than what he has spent (approximately) on firearms are likely indicative of either supplementation of income by another person (straw purchase) or supplementation of income by the profits generated from repeated sales of firearms (dealing without a license), or both.

27.     A review of sales receipts from WILSON's firearm purchases since January 2022 at Addison's Gun Shop (4764 South Orange Blossom Trail, Kissimmee, FL) shows that WILSON has either paid in cash or has used one of four different debit cards. The sales receipts indicate a cash purchase or a debit card purchase and provide the last four digits of the card. The cardholder's name is not recorded on the receipt and because the terminal used for the credit/debit transaction faces the purchaser and allows for "tap" or "swipe," additional forms of ID are not required or requested by the business.

28.     On January 20, 2023, I requested that an email alert be sent to me whenever WILSON had his background checked for the purpose of purchasing a firearm (this is known as a National Instant Criminal Background Check System or NICS check). This alert would provide me with an email with the transaction number, name, date of birth, date of NICS check, time of NICS

17

check, FFL number and the type of transaction (ie; sale of a handgun).

29.     On May 5, 2023, I received scanned copies of firearm transfer forms (Form 4473s) and purchase receipts from Addison's Gun Shop (4764 S Orange Blossom Trail, Kissimmee, FL) pertaining to recent purchases of firearms by WILSON. Both the firearm transfer forms and the receipts had the phone number belonging to WILSON written on them. The ATF firearm transfer forms and receipts belonging to WILSON were dated March 9 and April 8, 2023, and his phone number is documented as xxx-xxx-1301. This is the same phone number that was recorded on the customer profiles for Addison's Gun Shop and Pawn Bros and is the same phone number from the cellular call data I received though a subpoena for WILSON's cellular records several months before.

30.     On May 11, 2023, I received scanned copies of firearms transfer forms (Form 4473s) and purchase receipts from Addison's Gun Shop (4764 S Orange Blossom Trail, Kissimmee, FL) pertaining to recent purchases of firearms by WILSON. The phone number belonging to WILSON is written on each respective Form 4473 and receipt. The ATF firearm transfer forms and receipts belonging to WILSON were dated May 11, 2023, and his phone number is documented as xxx-xxx-1301. This is the same phone number that was recorded on the customer profiles for Addison's Gun Shop and Pawn Bros and is the same phone number from the subpoenaed call records.

19



*Page 3 of 7 of the ATF Form 4473 showing WILSON has provided his current phone number (ending in 1301) and the Transfer date is clearly written as May 11, 2023.*



*ABOVE: Written receipt from purchase of a Taurus handgun by WILSON showing WILSON's phone number (ending in 1301).*

31.     On June 6, 2023, I received scanned copies of firearms transfer

forms (ATF Form 4473) and purchase receipts from Addison's Gun Shop (4764 S Orange Blossom Trail, Kissimmee, FL) pertaining to recent purchases of firearms by WILSON. Upon the firearm transfer form and the receipt, the phone number belonging to WILSON is written on each respective form and receipt. The ATF firearm transfer forms and receipts belonging to WILSON were dated June 6, 2023 and his phone number is documented as xxx-xxx-1301. This is the same phone number that was recorded on the customer profiles for Addison's Gun Shop and Pawn Bros and is the same phone number from the cellular call data.



*Written receipt from purchase of a Taurus handgun by WILSON on June 6, 2023, showing WILSON's phone number (ending in 1301).*

*Page 3 of 7 of the ATF Form 4473 showing WILSON has provided his current phone number (ending in 1301) and the Transfer date is clearly written as June 6, 2023.*

32.    On July 12, 2023, I reviewed a spreadsheet I had used to compile and document ATF multiple sale reports, 4473 forms and the NICS alerts from WILSON's firearm purchases. Based upon this information, since January 10, 2022 to July 12, 2023, WILSON has purchased eighty-nine firearms from FFLs (there is no way to know how many secondary market or private sale firearms he may have also purchased). Of those eighty-nine firearms purchased from an FFL, ten have been recovered at crime scenes and the average "Time-to-crime" (number of days from date of purchase to date of recovery), is one hundred forty-nine days. Additionally, of the known eighty-nine firearms purchased in this nineteen-month period, several were the same make, model and caliber. For example, WILSON has purchased eight HS Produkt, Model: Hellcat, 9mm

23

handguns and he has purchased a total of fifty-one handguns chambered in 9mm.

## CONSENSUAL INTERVIEW WITH WILSON

33.     On July 27, 2023, I conducted a non-custodial, recorded interview with WILSON at the Osceola County Sheriff's Office West substation (2000 N Poinciana Blvd, Kissimmee, FL). WILSON came to the substation voluntarily. I identified myself to WILSON as Agent Harrison with the ATF and I showed him my credentials. I then asked WILSON to confirm his name, address, phone number, and some other basic background information, including his current address and employment.

34.     WILSON stated he was born in the Bahamas and has resided in the United States for seven years. WILSON stated he has a valid green card. WILSON said that he has not returned to the Bahamas since he came to the United States. WILSON's family (including his parents, grandparents and sisters) still reside in the Bahamas.

35.     WILSON provided his address in Kissimmee, Florida. He claimed to have lived there for approximately 1 year and 2 months. WILSON explained that he lives with his girlfriend, V. R., and they pay $2,000 per month for rent.

36.     WILSON stated that he has a part-time job as a fire alarm technician. He has only worked at this job for approximately three months.

24

Prior to that job, he worked at a wiring company for approximately five years. When he was working full-time for the wiring company, he estimated his annual income to be $50,000. With regard to his live-in girlfriend, WILSON claimed that V.R. earns approximately $48,000 annually from a real estate rental business. He added that he leases his personal vehicle for approximately $400 per month.

37.   I explained to WILSON that his presence at the interview was entirely voluntary and he was not under arrest, nor was he detained. I explained that if at any time WILSON was not comfortable with answering a question, he could end the interview and leave the substation. I asked WILSON if he was comfortable speaking to me voluntarily. WILSON responded, "Yeah."

38.   I asked WILSON how many firearms he owns, specifically, how many firearms he had in his possession at his residence. WILSON responded, "I can't... I can't put a number on it. I can't say right now. I would have to actually count it." When I asked him to estimate, he replied, "A good amount." I asked WILSON if the number of firearms was less than one hundred. WILSON said, "Yeah, definitely. I don't know. I can't...I can't put a number on it...it's definitely less than 100."

39.   Next, I asked WILSON how many firearms he had purchased over the last six months. WILSON stated, "I have no clue." When I asked

25

WILSON if it was more than 50 firearms, WILSON stated that it was not.

40.     I asked WILSON if he understood each of the questions from the ATF Firearm Transaction Record (Form 4473). WILSON agreed that he had read the Form 4473 and understood the questions on it. WILSON and I then went over a Form 4473. When finished, he again indicated that he understood it, including Question 21.a. (regarding the "actual purchaser" of the firearm).

41.     I asked WILSON again how many firearms he had purchased within the last month.  Wilson replied, "Five." I asked WILSON if he was able to estimate the amount of money he had spent of firearms over the course of a month or year. WILSON answered, "No." I asked WILSON if he had ever sold or transferred a firearm and, if so, how many. WILSON stated he had sold firearms in the past year. When I asked WILSON to estimate the number he had sold over that time, WILSON said it was between 20 and 50 firearms. WILSON added that he would sell the firearms if they were damaged or if he did not like the way the firearm felt. I asked WILSON if he had ever sold more than one firearm of the same make, model, and caliber. WILSON replied, "Yes."

42.     I explained to WILSON that it was illegal to purchase firearms for other people, as we had discussed while reviewing the Form 4473. I then asked WILSON if anyone had ever approached him about purchasing a firearm on

26

their behalf. WILSON responded, "No." When I repeated the question, WILSON asked if he needed to get a lawyer. I advised WILSON that I could not provide legal advice to him and he was free to leave and not answer any questions. WILSON, however, chose to stay and continue the interview.

43.     I then explained ATF Trace Report to WILSON. I told him that there were ten firearms that had been recovered in both the Bahamas and Canada that he had purchased. Several of the firearms had been associated with homicides. When I asked WILSON again if anyone had ever approached him to purchase a firearm on their behalf, WILSON began shaking his head side to side (as if to say "no"). WILSON yet again asked if he needed a lawyer and added, "Could we talk another time?"  At this point, I ended the interview.

44.     I provided WILSON with a copy of a federal search warrant for his cellular telephone (xxx-xxx-1301). WILSON communicated with his girlfriend, V.R., to let he know his phone was being seized by law enforcement. I then took custody of WILSON's cellular telephone. WILSON provided me with the passcode.

## REVIEW OF WILSON'S CELLULAR TELEPHONE

45.     On July 28, 2023, I physically examined the cellular telephone I seized from WILSON. A brief analysis of the contents revealed numerous conversations between WILSON and other individuals about purchasing

firearms. Among them, are conversations by WILSON discussing the transfer of firearms that are the same make, model, and caliber of firearms WILSON purchased in Lake County on or about October 2022. In reviewing the conversations on WILSON's cellular telephone, WILSON agreed to buy these firearms for other persons. Samples of some of these conversations are provided below.[4]

### WILSON's Conversations with "Fresh"

46.     I reviewed messages between WILSON and a phone number 242-XXX-0424.[5] The phone number is saved within WILSON's phone under the contact name "Fresh." The messages between WILSON and "Fresh" are dated between February 8-18, 2022. These messages discuss payments to WILSON for purchasing firearms as well as methods of packaging them for shipment. Excerpts from these conversations are provided below.

47.     In the first example, dated February 8, 2022, WILSON told "Fresh" that he was going to Walmart to find packaging for firearms (that he has just purchased). "Fresh" agreed to pay for the shipment. WILSON described using the box of a small pressure washer to package the firearms.

---

[4] For the purposes of this affidavit, my descriptions of the communications taken from the cellular telephone are based upon my training and experience and the overall context of the conversations. They are not intended to be a complete recitation, only a summary.

[5] Area code 242 is in the North American Numbering Plan (NANP) for the Bahamas.

"Fresh" requested that WILSON take a photo of the firearms before shipping them.



*Messages between WILSON and "Fresh." WILSON's messages are on the right; messages from "Fresh" are displayed on the left.*

48.    In the same conversation, WILSON sent "Fresh" a picture of three extended magazines and six pistols—two Glock .40 caliber firearms, a SCCY 9mm firearm, and three Taurus firearms (models G2 or G3).[6] "Fresh"

---

[6] These types of firearms are consistent with those purchased by WILSON in the

approves of these firearms. They also discussed the payments to WILSON for these firearms and the transfer of the firearms to third parties.



*WILSON sent a photo of six firearms and three extended magazines.*

49.     WILSON and "Fresh" next discussed the packaging and shipment of the firearms. They exchanged pictures of an electric pressure washer, a car battery charger, and a microwave and discussed the number of

_____

same general timeframe, described above.

firearms that would fit in the packaging.



*WILSON's conversation with "Fresh" about what to package firearms in for shipping.*

50.    WILSON and "Fresh" next discussed the specific firearms to be packaged and sent. Two of the firearms were designated for "Fresh." A third was being used as payment for the transportation of the firearms.

31



*Last portion of conversation with "Fresh" describing what firearms would be shipped and the use of one of the firearms as payment for the shipment.*

51.     Several days later, on February 12, 2022, WILSON checked in with "Fresh" about whether the firearms had been received. "Fresh" responded with a picture of a shipping service showing that the business was closed on that day. On February 18, 2022, "Fresh" followed up and sent a picture of a $900 payment that had been sent to WILSON.



*WILSON checking on status of the package he sent; he later receives the payment owed to him by "Fresh."*

52.　In summary, these conversations in WILSON's cellular telephone indicate that "Fresh" was the coordinator and final recipient of firearms WILSON purchased and then shipped.

## WILSON's Conversations with "Juggy"

53.　On or about January 15, 2022, WILSON communicated with another individual—"Juggy"—about firearms. From the content of the

conversations, it appears that "Juggy" is the person transporting the firearms discussed by WILSON and "Fresh." The phone number associated with "Juggy" also has an area code associated with the Bahamas.

54.     WILSON sends "Juggy" a photo of two Taurus handguns and tells "Juggy" how "some stores have sale(s)." WILSON then asks "Juggy" when he will be returning to the area. WILSON describes what he paid for the firearms and "Juggy" asks if they are still available.



*WILSON sends a photo of two Taurus handguns and discusses firearms sales.*

55.    On February 8-9, 2022, WILSON and "Juggy" discussed delays in WILSON's federal background check for the firearms. "Juggy" referenced how they are on a "tight schedule." Once WILSON had obtained background clearance from the FFL, "Juggy" instructed WILSON to pick up the firearms. They also referenced the packaging of the firearms for transport.



*"Juggy" tells WILSON to have the firearm order ready for pick up but WILSON explains that there was a delay in picking the firearms.*

56.    The conversation about packaging for the firearms continued.

WILSON sent "Juggy" a picture of an electric pressure washer (the same picture previously sent to "Fresh").  WILSON then provided "Juggy" with a meeting location in Vero Beach, Florida.



*WILSON sends "Juggy" a photo of a pressure washer.  WILSON and "Juggy" then discuss where they will meet for the exchange.*

57.    WILSON sent "Juggy" a picture of six firearms and three extended ammunition magazines. This is the same picture WILSON previously sent to "Fresh."  Later in the conversation, "Juggy" sent the photograph of the electric pressure washer, car battery charger, and microwave (which

corresponds with the packaging conversation WILSON also had with "Fresh").



*WILSON sends "Juggy" a photo of the same firearms and magazines. "Juggy"
responds with a photograph of suggested packaging.*

58.     On February 23, 2022, WILSON and "Juggy" discussed firearm

types and prices, as well as extended ammunition magazines. WILSON also

referenced prior firearms transactions with "Juggy." WILSON explained that

he likely could obtain SCCY or Jimenez Arms ("JAnine") handguns for the

suggested price ("3 for 1000").



*WILSON talks to "Juggy" about pricing for more firearms.*

59.     In summary, "Juggy" appears to be transporting and arranging for the purchase of firearms by WILSON.

### WILSON's Conversations with "Links T"

60.     Between March 16-18, 2022, WILSON had a series of communications about firearms with another individual, "Links T." "Links T" asked WILSON about acquiring small Taurus handguns and some ammunition ("rounds"). "Links T" also offered to "go shopping" with WILSON for these

items. "Links T" also expressed an interest in acquiring other firearms—Glock

handguns ("gshocks") and Springfield Arms handguns ("Hellcats").[7]



*"Links T" asking WILSON for "small" type handguns.*

61.   On March 18, 2022, "Links T" directed WILSON to respond to

him on Telegram—another messaging service (like Whatsapp) that allows users

to communicate via an encrypted, cloud-based service. On November 3, 2022,

---

[7] A review of FFL records has shown that WILSON has purchased numerous
Springfield Arms, Model Hellcat, 9mm handguns.

using Telegram, WILSON sent "Links T" a photograph of four "Glock switches"—devices that convert a semi-automatic Glock handgun into an illegal machinegun. "Links T" instructed WILSON to purchase them at a cost of $800 each.



*WILSON talks to "Links T" about ordering machine-gun conversion devices, commonly referred to as "Glock switches."*

**WILSON's Conversations with "Donovan"**

62.     Between March 9-10, 2022, WILSON corresponded with another

40

individual—"Donavan"—who wanted to acquire a firearm ("Fyah-stick"). WILSON suggested a Taurus G-series handgun because of the magazine capacity and price. WILSON also told "Donavan" that he could get "any of them" and that WILSON would be "getting them straight out the shop [FFL]" whenever "Donavan" was ready.

 

*WILSON talks to "Donavan" discuss firearms and WILSON's ability to acquire them for "Donavan."*

**WILSON's Conversations with "Outlaw"**

63.    Beginning on November 22, 2022, and continuing through

January 22, 2023, WILSON conversed with another person—"Outlaw"— who wanted to acquire firearms. Their conversations take place over the Telegram encrypted messaging service. The two discuss the number and type of firearms to be purchased, a meeting location, prices, and the times to conduct the sales.



*"Outlaw" asks WILSON for several firearms and WILSON tells "Outlaw" to provide him a list of the firearms he wants.*



*WILSON and "Outlaw" discussing the number of firearms and payment.*



*WILSON and "Outlaw" discussing types of firearms and a meeting location.*



*Conversations about WILSON acquiring handguns for "Outlaw" (or his associates)*



*WILSON and "Outlaw" discussing the sale of five handguns.*

### WILSON's Conversations with "J"

64.    On February 23, 2023, WILSON spoke with still another person—
"J"—who was attempting to acquire firearms. WILSON admitted in that
conversation that he was traveling to Pennsylvania for "spring break" and was
bringing firearms with him for his friends. WILSON and "J" then discuss the
sale of three firearms of assorted calibers.



*WILSON speaks to "J" about the sale of three firearms.*

**WILSON's Conversations with "Mami" (V.R.)**

65.     On July 8, 2023, Wilson had a text conversation with "Mami" regarding the potential purchase of two Glock handguns and a Springfield Arms pistol from an FFL. I have determined that "Mami" actually is WILSON's girlfriend, V.R.[8]  During their text conversation, WILSON directed V.R. to

---

[8] Subpoenaed cellular telephone records confirm that "Mami" has the same number as V.R. Moreover, just prior to seizing WILSON's cellular telephone, he communicated with V.R. using the same phone number associated with "Mami."

purchase a Glock, Model 27, handgun. WILSON and Mami also discussed the purchase of a Springfield Arms, model Hellcat, pistol. Lastly, WILSON told V.R. to buy a Glock, Model 43, handgun as someone already had paid WILSON to acquire it ("He sent it" / "He zelle it").





66.     That same day, V.R. completed a Form 4473 for the purchase of

the Springfield Armory, Model: Hellcat, 9mm handgun and the Glock, Model:

43, 9mm pistol. The purchase of these firearms took place at an FFL—

Addison's Gun Shop in Kissimmee, Florida. V.R. answered "Yes" to question

21.a. on the Form 4473, certifying that she was the "actual transferee/buyer,"

despite having just been directed to make the purchase by WILSON.

**Photographs of Firearms Taken at the WILSON's Residence**

67.     In reviewing the information contained within WILSON's cellular

telephone, I also reviewed the Photos application. Based on my training and

experience, I know that photographs stored in the Photos application that are taken by the camera feature of a cellular telephone (like WILSON's) often store the date and location data (GPS coordinates) where the photograph was taken.

68.    In reviewing the photographs on WILSON's cellular telephone, I observed a photograph depicting five handguns, all of which are consistent with the types of firearms WILSON has been purchasing. A picture of the photograph and associated information is displayed below. The photograph is dated with the timestamp: January 21, 2023, at 12:59 PM and specific GPS coordinates. Based on my training and experience, I understand this information to mean that the photograph was taken on January 21, 2023, at those GPS coordinates. I used Google Maps to search the GPS coordinates. The coordinates are in the immediate proximity of WILSON's residence.



69.     I also observed the below photograph depicting a semi-automatic rifle and magazine on WILSON's cellular telephone. The photograph and associated information are displayed below. The photograph is dated with a timestamp of May 13, 2023, 11:32 AM with specific GPS coordinates. I again used Google Maps to search the GPS coordinates, the coordinates are in the immediate proximity of WILSON's residence.



70.     Further, I reviewed an additional photograph of another firearm. The photograph and associated information are displayed below. The timestamp of the photograph is July 26, 2023, 8:23 AM with specific GPS coordinates. Based on my training and experience, I understand this information to mean that the photograph was taken on July 26, 2023, at the listed GPS coordinates.  I used Google Maps to search the GPS coordinates, the resulting location is in the immediate proximity of WILSON's residence.



71.     I know that persons that are engaged in the business of selling firearms without a license, or who are purchasing firearms on behalf of another person (a "straw" purchase), typically do so for individuals who are not legally allowed to purchase or possess firearms (prohibited persons). Often, the person attempting to illegally acquire the firearm does not wish to have their name and information documented on a From 4473. Furthermore, the person acquiring these firearms often resells (or traffics) them to markets that generate a large profit (such as the black market). Indeed, for an unlicensed firearm dealer, the repeated purchase of identical firearms is akin to restocking inventory for further illegal distribution.

**Search Warrant at Wilson's Residence**

72.    On August 4, 2023, I executed a federal search warrant for WILSON's residence. Even though WILSON has purchased at least 89 firearms over the timeframe described in this affidavit, agents recovered only 8 firearms at the residence.  They also located paperwork for 3 additional firearms transactions purchased in Lake County, Florida.

73.    I advised WILSON of his constitutional rights, which he freely and voluntarily waived.  WILSON confessed that he had been illegally buying and selling firearms to other people, making a profit of approximately $100 per firearm.

## CONCLUSION

74.    Based upon the foregoing, I submit that there is probable cause to believe that WILSON has committed violations of 18 U.S.C. §§ 922(a)(1)(A), and 924(a)(1)(A).

I declare that the foregoing is true and correct to the best of my knowledge.

Special Agent Thomas Harrison
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

*Sworn to and signed before me this* __4th__ *day of August 2023.*

PHILIP R. LAMMENS
United States Magistrate Judge

54