AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

SEP 1 2023 AM10:30
FILED - USDC - FLMD - OCA

United States of America
v.
Viviana Rodriguez

Defendant

)
)
)
)
)
)
)

Case No.    5:23-cr- 81 - JA-PRL

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Viviana Rodriguez                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Dealing in Firearms without a License, in violation of 18 U.S.C. § 922(a)(1)(A) - 1 Count
Making a Materially False Statement to a Firearms Dealer, in violation of 18 U.S.C. § 922(a)(6) - 7 Counts
False Statement in Required Information Kept by a Firearms Dealer, in violation of 18 U.S.C. § 924(a)(1)(A) - 7 Counts

Date:    08/22/23

_____
*Issuing officer's signature*

City and state:    Ocala, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)*  Sept 1, 2023 , and the person was arrested on *(date)*  Sept 1, 2023
at *(city and state)*  Ocala, FL                    .

Date:  Sept. 1, 2023

_____
*Arresting officer's signature*

Thomas A. Harrison, Special Agent
*Printed name and title*