UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 5:23-cr-81-JA-PRL

KINGSLEY SAMUEL RICHARD WILSON

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

## NATURE OF THE CHARGES

The defendant is charged with 25 counts in the Indictment (Doc. 24), as described below:

Count One charges the defendant with unlicensed dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A) and 2.

Counts Two, Eight, Ten, Twelve, Fourteen, Eighteen, Twenty, Twenty-Two, Twenty-Eight, Thirty, Thirty-Two, and Thirty-Six charges the defendant with making a materially false statement to a firearms dealer, in violation of 18 U.S.C. § 922(a)(6).

Counts Three, Nine, Eleven, Thirteen, Fifteen, Nineteen, Twenty-One, Twenty-Three, Twenty-Nine, Thirty-One, Thirty-Three, and Thirty-Seven charges

the defendant with causing a federal firearms licensee to maintain false information in their official records, in violation of 18 U.S.C. § 924(a)(1)(A).

<u>ESSENTIAL ELEMENTS</u>

The essential elements of a violation of 18 U.S.C. §§ 922(a)(1)(A), as charged in Count One, are as follows:

<u>First</u>:        The Defendant engaged in the business of dealing in firearms;

<u>Second</u>:        The Defendant did not have a federal license; and

<u>Third</u>:        The Defendant acted willfully.

The essential elements a violation of 18 U.S.C. § 922(a)(6), as charged in Counts Two, Eight, Ten, Twelve, Fourteen, Eighteen, Twenty, Twenty-Two, Twenty-Eight, Thirty, Thirty-Two, and Thirty-Six, are as follows:

<u>First</u>:        The Defendant bought or tried to buy a firearm from a federally licensed firearms dealer;

<u>Second</u>:        The Defendant knowingly made a false or fictious statement, orally or in writing, that was intended to deceive the dealer; and

<u>Third</u>:        The subject matter of the false statement was material to the lawfulness of the sale.

The essential elements of a violation of 18 U.S.C. § 924(a)(1)(A), as charged in Counts Three, Nine, Eleven, Thirteen, Fifteen, Nineteen, Twenty-One, Twenty-Three, Twenty-Nine, Thirty-One, Thirty-Three, and Thirty-Seven, are as follows:

<u>First</u>:        The Defendant made a false statement or representation in an official record, the ATF Form 4473;

<u>Second</u>:        To a federally licensed firearms dealer; and

2

<u>Third</u>:        The Defendant knew that the statement or representation was false.

<u>MAXIMIM PENALTIES</u>

Count One carries a maximum sentence of 5 years' imprisonment, a fine of $250,000, a term of supervised release of not more than 3 years, and a special assessment of $100.

Counts Two, Eight, Ten, Twelve, Fourteen, Eighteen, Twenty, Twenty-Two, Twenty-Eight, Thirty, Thirty-Two, and Thirty-Six carry a maximum sentence of 10 years' imprisonment, a fine of $250,000, a term of supervised release of not more than 3 years, and a special assessment of $100.

Counts Three, Nine, Eleven, Thirteen, Fifteen, Nineteen, Twenty-One, Twenty-Three, Twenty-Nine, Thirty-One, Thirty-Three, and Thirty-Seven carry a maximum sentence of 5 years' imprisonment, a fine of $250,000, a term of supervised release of not more than 3 years, and a special assessment of $100.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) as outlined in the Indictment.

3

<u>PERSONALIZATION OF THE ELEMENTS</u>

**Count One**

Do you admit that beginning on or about January 10, 2022, and continuing through July 25, 2023, in the Middle District of Florida, you engaged in the business of dealing in firearms?

Do you admit that you did not have a federal firearms license?

Do you admit that you acted willfully?

**Counts Two, Eight, Ten, Twelve, Fourteen, Eighteen, Twenty, Twenty-Two, Twenty-Eight, Thirty, Thirty-Two, and Thirty-Six**

Do you admit that from April 16, 2022, through July 18, 2023, in the Middle District of Florida, you bought firearms from federally licensed firearms dealers, specifically, the various firearms and FFLs identified in the Indictment (Doc. 24)?

Do you admit that you knowingly made a false or fictious statement, orally or in writing, that was intended to deceive the dealers, specifically, answering "yes" to question 21.a. on the ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(a) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact you knew you were buying the firearms on behalf of someone else?

Do you acknowledge that the subject matter of your false statement was material to the lawfulness of the sale?

**<u>Counts Three, Nine, Eleven, Thirteen, Fifteen, Nineteen, Twenty-One, Twenty-Three, Twenty-Nine, Thirty-One, Thirty-Three, and Thirty-Seven</u>**

Do you admit that from April 16, 2022, through July 18, 2023, in the Middle District of Florida, you made a false statement or representation in a record required to be maintained by a federally licensed firearms dealer (the ATF Form 4473)?

Do you admit that you made the false statement during the purchase of firearms from federally licensed firearms dealer, as identified in the Indictment (Doc. 24)?

Specifically, that you were the actual transferee/buyer of the firearms identified in the Indictment (Doc. 24), when you were not the actual transferee/buyer?

Do you admit that you knew these statements or representations were false?

<u>FACTUAL BASIS</u>

In January 2022, an investigation into Kingsley Samuel Richard Wilson (Wilson) began when the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) received information relating to the recovery of three firearms from crime scenes in the Bahamas. The firearms had all been purchased by Wilson. The investigation revealed that between January 2022 and July 2023, Wilson had purchased 92 firearms from Federal Firearms Licensees (FFLs) within the Middle District of Florida. Additionally, Wilson's girlfriend Viviana Rodriguez (Rodriguez), had purchased an additional 47 firearms during the same time period. Ultimately, Wilson and Rodriguez were not purchasing these firearms for themselves; they were

working together to illegally purchase these firearms on behalf of other individuals. Neither Wilson nor Rodriguez has a federal firearms license.

On April 16, 2022, Wilson purchased two Smith and Wesson firearms and three Taurus firearms from Uber Pawn and Jewelry LCC, a federally licensed firearms dealer. ATF Special Agent (SA) Harrison obtained a copy of the ATF Form 4473 (Firearm Transaction Record) from the purchase of the firearms.[1] A review of the Form 4473 shows that Wilson answered "yes" to question 21.a which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" Wilson, however, was not the actual purchaser of these five firearms. Wilson purchased them on behalf of someone else. Because an FFL cannot sell a firearm to someone who is not the actual transferee/buyer, this false statement is material to the transaction.

Text messages from Wilson's cell phone show a text message exchange between Wilson and a contact "Donavan." On the same day Wilson purchased these firearms, he messaged Donavan "on the road na… just pick up 5." Approximately an hour later, Wilson sent Donavan a picture of five firearms. The firearms depicted in the photograph are the same make and model as the firearms Wilson purchased at Uber Pawn and Jewelry LLC on the same day. Donavan then responded, "Hig where you like to link today shoot me the address we leaving Palm Beach 11.30 1: 30 or so we should be in Orlando." The context of the conversation is Donavan and

---

[1] The Form 4473 is an official record that must be maintained by the FFL under Federal law.

Wilson meeting to exchange the firearms Wilson had purchased. Two of these firearms were subsequently recovered by law enforcement at crime scenes in the Bahamas – one was recovered 77 days after Wilson purchased it, the other was recovered 290 days after purchase.

On July 16, 2022, Wilson purchased two Taurus firearms from Uber Pawn and Jewelry LCC. SA Harrison obtained a copy of the Form 4473 from the purchase of the firearms. A review of the Form 4473 shows that Wilson answered "yes" to question 21.a which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" At the time of purchase, the store clerk asked Wilson about the purchase of the two firearms. Wilson stated that he was adding to his collection. The store clerk documented this on the Form 4473 in box 32, noting "Cust states looking to add to collection." However, Wilson was not the actual purchaser of these firearms. Wilson purchased these firearms on behalf of another individual. One of the firearms purchased by Wilson on this date was recovered by law enforcement at a crime scene in the Bahamas 63 days after Wilson had purchased it.

On July 23, 2022, Wilson purchased three Glock firearms from Uber Pawn and Jewelry LCC. SA Harrison obtained a copy of the Form 4473 from the purchase of the firearms. A review of the Form 4473 shows that Wilson answered "yes" to question 21.a which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" At the time of purchase, the store clerk asked Wilson about the purchase of multiple firearms,

7

Wilson stated that he was collecting firearms. The store clerk documented this on the Form 4473 in box 32, noting "customer purchase multi for collection purposes." Wilson was not the actual purchase of these firearms. He purchased these firearms on behalf of another individual. One of the Glocks purchased by Wilson was recovered by law enforcement at a crime scene in the Bahamas 26 days after Wilson had purchased it.

On October 31, 2022, Wilson purchased two HS Produkt firearms and two Glock firearms, from DVO Investments, a federally licensed firearms dealer. Then, on November 2, 2022, Wilson purchased a HS Produkt firearm and a Smith & Wesson firearm from Uber Pawn and Jewelry LLC. SA Harrison obtained a copy of the Form 4473s  from both of the purchases. A review of each Form 4473 shows that Wilson answered "yes" to question 21.a which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" Wilson was not the actual purchaser of the firearms. He purchased them on behalf of someone else.

Wilson's cell phone contained a conversation relating to these purchases with a contact named "Fresh Son Payne." The messages dated between October 13th and November 3rd, 2022, involved a discussion about Wilson purchasing firearms for Fresh Son Payne. On October 21, 2022, Wilson messaged "if I don't get you a m&p

or xd this weekend it ga be thru the week." [2] Wilson then sent a second message stating, "But as soon as I get it ga show you what I get." Fresh Son Payne responded "yh cool." On November 2, 2022, Fresh Son Payne asked "ets u did get deal ting." Wilson responded, "Yea. Pay for them yesterday and picking up today" followed by "I ga send you a pic when I get home." Fresh Son Payne responded "Or k." Wilson then sent a photograph of two firearms sitting on his lap and asked "which one you want?" "all two is 9." Fresh Son Payne responded "Xd." Wilson stated "Kool." This is a reference to the HS Produkt/Springfield Armory XD pistol purchased by Wilson on November 2, 2022. Further in the conversation, Wilson sent a photograph depicting 8 firearms and stated "road ready."

On November 3, 2022, Wilson had a text conversation with a contact named "Links T." Wilson stated, "yo pardon I bro I thought I sent the message last night… I coming down today to bring them bro pardon I. ended up seeing some movements cause me not come out last night." Wilson then sent the same photograph previously sent to Fresh Son Payne depicting the 8 firearms and said, "They ready for you though brother." The make and model of the firearms in the picture are consistent with the specific firearms purchased by Wilson on October 31st and November 2, 2022. As well as firearms purchased by Rodriguez also at Uber Pawn and Jewelry LLC on November 2, 2022.

---

[2] "m&p" and "xd" are references to types of firearms. Specifically, the Smith & Wesson M&P pistol and the HS Produkt/Springfield Armory XD pistol. Wilson purchased one of each on November 2, 2022.

On November 26, 2022, Wilson purchased three Glock firearms from Florida Shore Firearms LLC., a federally licensed firearms dealer. On November 26, 2022, Wilson purchased three Glock firearms from Queen of Pawns and Jewellery Inc., a federally licensed firearms dealer. On November 27, 2022, Wilson purchased an additional four Glock firearms from Queen of Pawns and Jewellery Inc.  Wilson made these three purchases at the Florida Gun Show in Orlando on November 26-27, 2022. SA Harrison obtained a copy of the Form 4473s from each of these purchases. A review of the individual Form 4473s shows that Wilson answered "yes" to question 21.a which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" However, Wilson was not the actual purchaser of these firearms. He purchased them on behalf of another individual.

Wilson's cell phone contains a conversation relating to these purchases with a contact named "Outlaw." On November 22, 2022, Wilson messaged "you trying to get an order in from the show this weekend?" Outlaw responded, "yea dred" followed by "like wan 10 a them wibe." Wilson stated, "only g shocks?"[3] Outlaw responded "Yyc," Wilson stated "Kool. If you want specifics just send the list. Ya bro should show you the details on everything and I could grab them" followed by "it Saturday and Sunday." On November 26, 2022, Wilson sent Outlaw a picture of

---

[3] "G shocks" is a refence to Glock firearms. Notably, Wilson purchased a total of 10 Glock firearms from the Florida Gun Show.

6 Glock firearms, consistent with the 6 firearms Wilson had purchased the same day. Wilson then messaged "back in the field tomorrow."

On November 27, 2022, Wilson texted a contact named "Mami." This phone number belongs to Rodriguez. During the conversation Wilson asked Mami for cash, which Mami eventually gave him. Wilson later messaged "done." Mami responded, "Kool" followed by "how many." Wilson responded "4." This is in reference to the 4 firearms Wilson purchased that day from Queen of Pawns and Jewellery Inc.

On November 30, 2022, Wilson messaged Outlaw a photograph containing 10 firearms. The photograph depicts 10 Glock firearms consistent with the models purchased by Wilson at the Florida Gun Show. Wilson purchased these firearms for Outlaw.

On April 8, 2023, Wilson purchased a Taurus firearm from Addison's Gun Shop Inc., a federally licensed firearms dealer. SA Harrison obtained a copy of the Form 4473 from the purchase of the firearms. A review of the Form 4473 shows that Wilson answered "yes" to question 21.a which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" Wilson was not the actual purchaser of the firearm. He purchased it on behalf of someone else.

On April 3, 2023, Wilson messaged Fresh Son Payne about the firearm and asked, "you'll only need 1 357 or 38 for this ride right?"[4] Fresh Son Payne responded

---

[4] .357 and .38 are common calibers for firearms, primarily revolvers.

"yea." On April 8, 2023, Wilson stated "… I got 2 more of them for you and 1 to go… show you a picture when I get home." Later that day, Wilson sent Fresh Son Payne two pictures: a Taurus .357 magnum revolver and a Taurus 9mm pistol. The Taurus revolver is the one purchased by Wilson at Addison's Gun Shop that same day. Wilson purchased the firearm for Fresh Son Payne.

On June 29, 2023, Wilson purchased a HS Produkt firearm from DVO Investments, Inc. On July 2, 2023, Wilson purchased a Taurus firearm and two Glock firearms from Enhanced Firearms LLC., a federally licensed firearms dealer. On July 18, 2023, Wilson purchased a Glock firearm and a Taurus firearm from Addison's Gun Shop, Inc. SA Harrison obtained a copy of the Form 4473s from the purchases.  A review of the Form 4473 shows that Wilson answered "yes" to question 21.a which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" on all three forms. Wilson was not the actual purchaser of these firearms; he purchased them on behalf of someone else.

On July 17, 2023, Wilson received a message from a contact named "Damian Bless." Damian Bless asked, "Blessed m bro, how things y" "going." Wilson responded, "Top of the morning bro. It coming together. Show you when I get home." On July 18, 2023, Wilson sent Damian Bless a photograph of 7 firearms[5]

---

[5] The firearms depicted in the photograph were identified by SA Harrison, based off his training and experience as an ATF Special Agent and Firearms Interstate Nexus expert, as a Springfield Armory (HS Produkt) Hellcat, a Glock 43, a Glock 43X, a Glock 27, a Taurus G3, a Taurus G3C, and a Glock 48.

followed by a message stating, "bless up bro this what I have for you right now.. still pulling them in." Six of the seven firearms depicted in the picture Wilson sent to Damian Bless are consistent with the purchases made by Wilson between June 29th and July 18th. The seventh firearm in the picture, a Glock 27, was purchased by Rodriguez on July 8, 2023, at Addison's Gun Shop. Wilson purchased these firearms for Damian Bless.

In a recorded, post-*Miranda* interview, SA Harrison spoke with Wilson about buying and selling firearms. SA Harrison asked Wilson to confirm he had been buying guns and then selling them to people. Wilson responded, "I've been trying to keep myself afloat. That's all I've been doing." SA Harrison confirmed that Wilson was trying to obtain additional money through the sales of the firearms and Wilson responded, "yes." SA Harrison asked Wilson, "Have you been going to FFLs, buying guns for other people?" Wilson responded, "I have been selling them, yes." SA Harrison asked Wilson how much profit he received from the sale of each gun. Wilson responded, "100" (meaning $100 each).

CONCLUSION

Therefore, the United States respectfully requests the Court take notice of the

Nature of the Charge, the Essential Elements, Maximum Penalties, Personalization

of Elements, and the Factual Basis for the change of plea in this case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


By:   /s/ Sarah Janette Swartzberg
       Sarah Janette Swartzberg
       Assistant United States Attorney
       Florida Bar No. 1024847
       35 SE 1st Avenue, Suite 300
       Ocala, Florida 34471
       Telephone:   (352) 547-3600
       Facsimile:    (352) 547-3623
       E-mail: sarah.swartzberg@usdoj.gov

**U.S. v. Kingsley Samuel Richard Wilson**          **Case No. 5:23-cr-81-JA-PRL**

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark O'Brien, Esq.

I hereby certify that on November 7, 2023, a true and correct copy of the foregoing document and the notice of electronic filing were sent by Hand Delivery to the following non-CM/ECF participant(s):

N/A

/s/ Sarah Janette Swartzberg
Sarah Janette Swartzberg
Assistant United States Attorney
Florida Bar No. 1024847
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: sarah.swartzberg@usdoj.gov

15