UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 5:23-cr-81-JA-PRL

KINGSLEY SAMUEL RICHARD WILSON

**GOVERNMENT'S WITNESS LIST**

The United States of America, by Roger B. Handberg, United States Attorney

for the Middle District of Florida, respectfully submits the following list of witnesses

to be called by the government during the sentencing hearing:

1.      Special Agent Thomas Harrison, ATF. The testimony of Special Agent

Harrison is estimated to be 15-20 minutes in length.

2.      Special Agent Charley Scarber, ATF. The testimony of Special Agent

Scarber is estimated to be 15-20 minutes in length.

The United States reserves the right to call additional witnesses, if appropriate.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    /s/ Sarah Janette Swartzberg
Sarah Janette Swartzberg
Assistant United States Attorney
Florida Bar No. 1024746
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:  (352) 547-3600
Facsimile:  (352) 547-3623
E-mail: sarah.swartzberg@usdoj.gov

**U.S. v. Kingsley Samuel Richard Wilson**         **Case No. 5:23-cr-81-JA-PRL**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Mark O'Brien, Esq.

I hereby certify that on February 7, 2024, a true and correct copy of the

foregoing document and the notice of electronic filing were sent by Hand Delivery to

the following non-CM/ECF participant(s):

N/A

/s/ Sarah Janette Swartzberg
Sarah Janette Swartzberg
Assistant United States Attorney
Florida Bar No. 1024847
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: sarah.swartzberg@usdoj.gov

2