**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

---

**UNITED STATES OF AMERICA**

**VS.**                                               **CASE NO: 5:23-cr-81-JA-PRL**

**KINGSLEY SAMUEL RICHARD**
**WILSON**

| JUDGE: | John Antoon II | COUNSEL FOR GOVERNMENT: | Sarah Swartzberg |
|---|---|---|---|
| DEPUTY CLERK: | Holly Iovino | COUNSEL FOR DEFENDANT: | Mark O'Brien |
| COURT REPORTER: | Nikki Peters courttranscripts@outlook.com | PROBATION: | Katrina Clark |
| SCHEDULED DATE/TIME: | February 15, 2024 10:30 AM | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Case Called; appearances placed on the record.

Government Witnesses, Sworn and Testified:
- Special Agent Thomas Harrison, ATF
- Special Agent Charley Scarber, ATF

**SENTENCE IMPOSED as to Counts** One, Two, Three, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Eighteen, Nineteen, Twenty, Twenty-One, Twenty-Two, Twenty-Three, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Three, Thirty-Six, and Thirty-Seven of the Indictment.

**INCARCERATION: 46 months** as to counts one, two, three, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, eighteen, nineteen, twenty, twenty-one, twenty-two, twenty-three, twenty-eight, twenty-nine, thirty, thirty-one, thirty-two, thirty-three, thirty-six and thirty-seven, all such terms to run concurrently.

**SUPERVISED RELEASE**: **3 YEARS** as to counts one, two, three, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, eighteen, nineteen, twenty, twenty-one,

twenty-two, twenty-three, twenty-eight, twenty-nine, thirty, thirty-one, thirty-two, thirty-three, thirty-six and thirty-seven, all such terms to run concurrently.

*Special conditions of supervised release:*

Mandatory drug testing requirements are imposed.

Drug aftercare conditions imposed.

Defendant shall cooperate in the collection of DNA.

Search conditions imposed.

Financial conditions imposed.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $2,500.00 is due immediately.

**FORFEITURE ORDERED** of those assets identified in the Plea Agreement entered at Doc. 64, filed on November 15, 2023.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed in a facility in South Florida, Miami area, to be near his family.

Defendant advised of right to appeal.

Time in court: 10:29 am – 11:18 am; Total time in court: 49 minutes