# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                   **Case No. 5:23-cr-81-JA-PRL**
                                         **(Forfeiture)**

**VIVIANA RODRIGUEZ**

### NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America gives notice to the Court that it will not complete the criminal forfeiture of the HS Produkt, Model Hellcat, 9mm handgun, bearing serial number BA273500, and the Glock, Model 43X, 9mm handgun, bearing serial number CAUY356, as identified as subject to forfeiture in the Preliminary Order of Forfeiture (Doc. 99), because the Bureau of Alcohol, Tobacco, Firearms and Explosives administratively forfeited the assets on February 7, 2024.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:   *s/Nicole M. Andrejko*
      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar No. 0820601
      400 West Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7560
      Facsimile: (407) 648-7643
      E-Mail: Nicole.Andrejko@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

s/Nicole M. Andrejko
NICOLE M. ANDREJKO
Assistant United States Attorney