# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

**UNITED STATES OF AMERICA**

**VS.**                                                        **CASE NO: 5:23-cr-81-JA-PRL**

**VIVIANA RODRIGUEZ**

| JUDGE: | John Antoon II | COUNSEL FOR GOVERNMENT: | William Hamilton |
|---|---|---|---|
| DEPUTY CLERK: | Holly Iovino | COUNSEL FOR DEFENDANT: | Serbo Simeoni |
| COURT REPORTER: | Nikki Peters courttranscripts@outlook.com | PRETRIAL | Katrina Clark |
| SCHEDULED DATE/TIME: | March 21, 2024 8:30 AM | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Case called. Appearances placed on the record.

Government Witness: Scott Ferguson and Thomas Harrison

**SENTENCE IMPOSED** as to Counts one, four, five, six, seven sixteen, seventeen, twenty-four, twenty-five, twenty-six, twenty-seven, thirty-four, thirty-five, thirty-eight and thirty-nine of the Indictment.

**INCARCERATION: 30 months.** This term consists of a 30-month term as to each of Counts 1, 4, 5, 6, 7, 16, 17, 24, 25, 26, 27, 34, 35, 38, and 39, all such terms to run concurrently.

**SUPERVISED RELEASE**: **3 Years.** This term consists of a 3 year term as to each of Counts 1, 4, 5, 6, 7, 16, 17, 24, 25, 26, 27, 34, 35, 38, and 39, all such terms to run concurrently.

*Special conditions of supervised release:*

Mandatory drug testing requirements are waived.

Mental health treatment conditions imposed.

Defendant shall cooperate in the collection of DNA.

Search conditions imposed.

Financial conditions imposed.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $1,500.00 is due immediately.

**FORFEITURE ORDERED** of those assets identified in the Order of Forfeiture entered at Doc. 99.

It's ordered that the defendant may voluntarily surrender at an institution designated by the Bureau of Prisons. The defendant is ordered to immediately proceed to the office of the United States Marshal for processing and further instructions.

The Court recommends to the Bureau of Prisons that the defendant be placed at a facility as close as possible to Orlando, Florida to be near her family.

Defendant advised of right to appeal.

Time in court: 8:42 am - 9:22 am
9:22 am –9:45 am Break
9:46 am – 10:03 am

Total time in court: 57 Minutes